UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | : CRIM. NO. 3:24-CR-8-TES |
| v. | : |
| ROSBELI FLORES-BELLO, and ARGENIS IBARRA, | : |
| Defendants. | |

### ORDER TO UNSEAL SUPERSEDING INDICTMENT

The Court having read the Motion to Unseal the Superseding Indictment in this matter, and it appearing to the Court that the Superseding Indictment should be unsealed,

IT IS ORDERED that the case be unsealed.

SO ORDERED this 2nd day of July, 2024.

HON. CHARLES H. WEIGLE
UNITED STATES MAGISTRATE JUDGE