IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>v.<br><br>**ARGENIS IBARRA,**<br><br>*Defendant.* | **CRIMINAL ACTION NO.**<br>**3:24-cr-00008-TES-CHW-2** |

**ORDER GRANTING JOINT MOTION TO CONTINUE TRIAL
IN THE INTERESTS OF JUSTICE**

Before the Court is a Joint Motion to Continue [Doc. 59] filed by the Defendant Argenis Ibarra on behalf of himself and the Government. [Doc. 59, p. 1]. On June 11, 2024, the Government obtained a Superseding Indictment [Doc. 37] charging Defendant Argenis Ibarra with two counts of Possession of Counterfeit Immigration Document (Counts 3 and 4) in violation of 18 U.S.C. § 1546(a). [Doc. 37, p. 2].

So that Defendant Argenis Ibarra will have an opportunity to fully review discovery the Court **GRANTS** the Joint Motion to Continue [Doc. 59]. [Doc. 59, p. 2 ¶ 7]. Accordingly, the Court **CONTINUES** this case from August 26, 2024, to *September 23, 2024*, as "failure to grant . . . a continuance . . . would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i). The pretrial conference scheduled for July 31, 2024, is **CANCELED.** The ends of justice served by this continuance outweigh the best interests of the public and Defendant Argenis Ibarra in a speedy trial and are in

accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 25th day of July, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
