# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ATHENS DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** <br><br> v. <br><br> **ARGENIS IBARRA,** <br><br> *Defendant*. | **CRIMINAL ACTION NO.** <br> **3:24-cr-00008-TES-CHW-2** |

## ORDER CONTINUING TRIAL IN THE INTEREST OF JUSTICE

Before the Court is Defendant Argenis Ibarra's Unopposed Motion to Continue Trial in the Interests of Justice [Doc. 84]. So that additional time can be used to review discovery, the Court **GRANTS** Defendant Argenis Ibarra's Motion, and it **CONTINUES** this case to *January 27, 2025*. 18 U.S.C. § 3161(h)(7)(A).[1] The need for Defendant Argenis Ibarra to review the additional discovery recently provided outweighs the best interests of the public and Defendant Argenis Ibarra in a speedy trial. *Id.*; [Doc. 84, p. 2 ¶ 6]. Failure to grant this continuance "would likely . . . result in a miscarriage of justice." *See* 18 U.S.C. § 3161(h)(7)(B)(i).

The ends of justice served by this continuance outweigh the best interests of the public and Defendant Argenis Ibarra in a speedy trial and are in accordance with the considerations required for excusable delay. *Id.* at § 3161(h)(7)(A).

---

[1] The pretrial conference scheduled for October 24, 2024, is also **CONTINUED** to December 10, 2024.

**SO ORDERED**, this 22nd day of October, 2024.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
